# Order

Michigan Supreme Court
Lansing, Michigan

February 28, 2014

148585 & (20)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

TERRENCE LAMONTT JOSE,
       Defendant-Appellant.

SC: 148585
COA: 319232
Oakland CC: 2009-227492-FC

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the January 21, 2014 order of the Court of Appeals is considered, and it is DENIED, because the question presented is now moot.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 28, 2014



Clerk

h0224